CJF9.4.20
JT/PM: 2020R00307

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 SEP 30  PM 5: 07

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. SAG-20-0327 |
| GEORGE GRAHAM, | * | (Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c).) |
| Defendant | * | |

\*\*\*\*\*\*\*

### INDICTMENT

### COUNT ONE
(Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about March 18, 2020, in the District of Maryland, the defendant,

**GEORGE GRAHAM,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a Beretta PX4 Storm, 9mm caliber pistol, bearing serial number PX9535R; nine rounds of FC 9mm ammunition; and five rounds of Speer 9mm ammunition. The firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1.  Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction.

2.  As a result of the offense alleged in Count One of this Indictment, the defendant,

## GEORGE GRAHAM,

shall forfeit to the United States the firearm and ammunition involved in the commission of the offense: Beretta PX4 Storm, 9mm caliber pistol, bearing serial PX9535R; and approximately fourteen (14) rounds of 9mm ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Robert K. Hur/jt*
_____
Robert K. Hur
United States Attorney

A TRUE BILL:

    REDACTED

9-30-20
_____
Foreperson                Date