# UNITED STATES DISTRICT COURT

for the
District of Maryland

FILED
MAR 1 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2020 SEP 30 PM 5:36
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. SAG-20-0327 |
| | ) | |
| George Graham | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* George Graham
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1), Possession of a firearm and ammunition by a convicted felon

Date: 9/30/2020

_____
*Issuing officer's signature*

City and state: Baltimore, Maryland

_____
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/30/2020, and the person was arrested on *(date)* 11/27/2020
at *(city and state)* _____                                                          11/25/2020

Date: 11/30/2020

_____
*Arresting officer's signature*

Special Agent Brandon Woods
*Printed name and title*